IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE PARKS,

        Plaintiff,                    No. CIV S-05-1397 LKK DAD P

    vs.

CALIFORNIA, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an incomplete application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The certificate section of the application must be completed by prison officials at plaintiff's institution of incarceration. In addition, plaintiff must attach a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted thirty days to submit a properly completed and certified in forma pauperis application with a certified copy of his trust account statement.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty
2  days from the date of this order, a properly completed application to proceed in forma pauperis.
3  An appropriate form is provided with this order. Plaintiff's application must include a certified
4  copy of plaintiff's prison trust account statement for the six month period immediately preceding
5  the filing of the complaint in this action. Plaintiff's failure to comply with this order will result
6  in a recommendation that this action be dismissed without prejudice.
7  DATED: July 18, 2005.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
park1397.3c

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | **APPLICATION TO PROCEED** |
| Plaintiff, | **IN FORMA PAUPERIS** |
| vs. | **BY A PRISONER** |
| CALIFORNIA, et al., | |
| Defendants. | **CASE NUMBER:** CIV S-05-1397 LKK DAD P |

I, _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☐ Yes   ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _____

   **Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

2. Are you currently employed?   ☐ Yes   ☐ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☐ No
   b. Rent payments, interest or dividends   ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☐ No
   d. Disability or workers compensation payments   ☐ Yes   ☐ No
   e. Gifts or inheritances   ☐ Yes   ☐ No
   f. Any other sources   ☐ Yes   ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.non-hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☐ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☐ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?  ☐ Yes  ☐ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                            SIGNATURE OF APPLICANT


### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____    _____
DATE                            SIGNATURE OF AUTHORIZED OFFICER

ifpform.non-hab (rev. 7/02)