UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE PARKS,

     Plaintiff,                         No. CIV S-05-1397 LKK DAD P

   vs.

CALIFORNIA, et al.,

     Defendants.          <u>ORDER</u>

                               /

         By order filed July 19, 2005, plaintiff was granted thirty days to submit a properly completed in forma pauperis application. On August 17, 2005, plaintiff submitted his second incomplete application to proceed in forma pauperis. By order filed August 22, 2005, plaintiff was granted an additional thirty days to submit a properly completed application. Plaintiff has now submitted his third incomplete application along with a letter in which he states that he forwarded the original application to a person named Tammy on July 25, 2005. Plaintiff requests that the court issue an order requiring Tammy to send the completed form or appear in court.

         Plaintiff has not demonstrated that extraordinary relief against a non-party is appropriate or necessary. Plaintiff is directed to follow institutional procedures with regard to the form he forwarded on July 25, 2005. If plaintiff is dissatisfied with the handling of his in forma pauperis application, he must file an inmate appeal and exhaust administrative remedies

concerning the alleged failure to complete and return his form. Plaintiff's informal request for a court order will be denied and plaintiff will be granted a lengthy extension of time to obtain and submit a properly completed application to proceed in forma pauperis.

IT IS HEREBY ORDERED that:

1. Plaintiff's September 12, 2005 application to proceed in forma pauperis is denied without prejudice;

2. Plaintiff's September 12, 2005 request for court order is denied without prejudice; and

3. Plaintiff shall submit, within ninety days from the date of this order, a properly completed application to proceed in forma pauperis. The certificate section of the application must be completed by a prison official, and the application must include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of this action. Plaintiff's failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: September 16, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
park1397.3c3rd