UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE PARKS,

      Plaintiff,                    No. CIV S-05-1397 LKK DAD P

    vs.

CALIFORNIA, et al.,

      Defendants.           ORDER

_____/

        On September 16, 2005, the court denied plaintiff's request for an order requiring a prison official named Tammy to send plaintiff's in forma pauperis application to the court. Plaintiff was granted ninety days to submit a properly completed in forma pauperis application. In a motion that predates the September 16, 2005 order, plaintiff seeks an order compelling the CDC to furnish the court with a certified copy of plaintiff's prison trust account statement.

        Any request for an order compelling a person or entity to act must be supported by a notarized statement or a declaration under penalty of perjury in which the moving party demonstrates that he will suffer irreparable injury if the motion is not granted. In this instance, the moving party must also show that he has complied with all institutional rules and regulations that govern the processing of in forma pauperis applications. In addition to an affidavit or declaration that makes the requiring showing of injury, the moving party must submit a legal

brief showing that he is entitled to the requested order as a matter of law.  Finally, the moving party must offer evidence that he served his motion on all parties who would be affected by the order sought.

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 19, 2005 motion to compel the CDC to furnish the court with a certified copy of plaintiff's prison trust account is denied without prejudice.

DATED: September 27, 2005.

／s／ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
park1397.mtc