IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE PARKS,

        Plaintiff,                              No. CIV S-05-1397 LKK DAD P

    vs.

CALIFORNIA, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 31, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed October 31, 2006, are adopted in full;

3          2.  Plaintiff's application to proceed in forma pauperis filed October 5, 2005, and
4  plaintiff's motion to proceed in forma pauperis filed December 15, 2005, are denied;

5          3.  Plaintiff's claims under § 1983 and the Americans With Disabilities Act
6  against defendants Federal Bureau of Investigation, Commissioner of Internal Revenue, R. Joe
7  Clark, Rod Doe, James A. Van Pelt, Leo V. Alvarado, Rod Peters, D. Nelson, and Matthew A.
8  Mendizabal are dismissed with prejudice;

9          4.  Plaintiff's claims under the Rehabilitation Act and plaintiff's <u>Bivens</u>-type
10 claims against defendants Federal Bureau of Investigation, Commissioner of Internal Revenue,
11 R. Joe Clark, Rod Doe, James A. Van Pelt, Leo V. Alvarado, Rod Peters, D. Nelson, and
12 Matthew A. Mendizabal are dismissed without prejudice to the filing of a new action in the
13 proper district court;

14         5.  Plaintiff's claims against defendants California, Arnold Schwarzenegger, Bill
15 Lockyer, and Jeanne Woodford are dismissed with prejudice;

16         6.  Plaintiff's claims under the Americans With Disabilities Act and the
17 Rehabilitation Act against defendants A.A. Lamarque, William J. Sullivan, Capt. T.W. Meadors,
18 E.W. O'Dell, Lt. W.D. Nelson, T. Petersen, Norm Karlow, Sgt. A. Jordan, Sgt. W.D. Branham,
19 C/O Durham, Sgt. S. Sanchez, and Capt. M.D. Stainer in their individual capacities are dismissed
20 with prejudice; and

21         7.  Plaintiff's claims under the Americans With Disabilities Act and the
22 Rehabilitation Act against proper defendants and plaintiff's claims under § 1983 against
23 defendants A.A. Lamarque, William J. Sullivan, Capt. T.W. Meadors, E.W. O'Dell, Lt. W.D.
24 Nelson, T. Petersen, Norm Karlow, Sgt. A. Jordan, Sgt. W.D. Branham, C/O Durham, Sgt. S.
25 /////
26 /////

1 | Sanchez, and Capt. M.D. Stainer are dismissed without prejudice to the filing of a new action in
2 | the Fresno Division of this court.
3 | DATED: December 11, 2006.

```
                    /s/ Lawrence K. Karlton
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```