IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE PARKS,

    Plaintiff,                                     No. CIV S-05-1397 LKK DAD P

    vs.

CALIFORNIA, et al.,

    Defendants.                           ORDER

        This civil rights action was closed on December 12, 2006. Plaintiff has filed a request for an extension of time to file cases in other courts and a motion requesting that this court consider appointing a three-judge panel to alleviate overcrowding in state prisons.

        Plaintiff may not proceed in this closed case, and the court is unable to grant extensions of time to file cases in other courts. Accordingly, IT IS ORDERED that plaintiff's requests filed January 18, 2007are denied, and no orders will issue in response to future documents not properly filed in this case pursuant to the Federal Rules of Civil Procedure.

DATED: January 24, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
park1397.58